**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**4 TRANSPORT INC**
**411 HELP LLC**
**SPINE & HEALTH PLLC**
**& NEW HORIZON CHIROPRACTIC PLLC**
**(Bernicea Stovall),**

      **Plaintiffs,**

**vs.**

**Case No:**

**HON:**

**ENTERPRISE LEASING COMPANY of DETROIT, LLC,**

      **Defendant.**

_____/

| | |
|---|---|
| **ROBERT L. AKOURI (P43788)** | **TARA S. CANNATELLA (P67532)** |
| **JOHN A. AKOURI (P58229)** | **HUTCHINSON CANNATELLA, P.C.** |
| **AKOURI & ASSOCIATES, P.L.L.C.** | **Attorney for Defendant** |
| **Attorneys for Plaintiff** | **1001 Woodward Ave., Suite 900** |
| **6528 Schaefer Road** | **Detroit, MI 48226** |
| **Dearborn, MI 48126** | **(313) 963-1860/Fax: 963-9065** |
| **(313) 584-1404/Fax: 584-1485** | **tcannatella@mhutchlaw.com** |
| **akouripllc@yahoo.com** | |

_____/

H U T C H I N S O N   C A N N A T E L L A   P C
1 0 0 1   W O O D W A R D ,   S U I T E   9 0 0   □   D E T R O I T   M I C H I G A N   4 8 2 2 6   □   ( 3 1 3 )   9 6 3 - 1 8 6 0

**NOTICE OF REMOVAL BASED UPON**
**DIVERSITY OF CITIZENSHIP**

    **NOW COMES** the Defendant, **ENTERPRISE LEASING COMPANY OF DETROIT, LLC,** by and through its Attorneys, **HUTCHINSON CANNATELLA P.C.**, and removes this action from the 3rd Judicial Circuit Court, State of Michigan, to the United States District Court for the Eastern District of Michigan, Southern Division, and in support thereof state:

    1.    Plaintiffs filed their Complaint on or about June 21, 2019 and claimed they provided services to Bernicea Stovall as a result a motor vehicle accident wherein Ms. Stovall was occupying a vehicle owned by Defendant.

- 1

2.      According to Plaintiffs' Complaint, they are seeking reimbursement of no-fault benefits from Defendant under a Michigan no-fault automobile insurance policy.

3.      Pursuant to Plaintiffs' Complaint with corresponding bills, Plaintiff 411 Help LLC is seeking an amount in excess of $75,000.

4.      Plaintiffs served a copy of their Complaint upon Enterprise Leasing Company of Detroit, LLC on July 3, 2019.  A copy of the Plaintiffs' Complaint is attached hereto and incorporated herein by reference. (Exhibit A, Complaint).

5.      Plaintiffs, at this time and at the time of the filing of the Complaint, claim to be citizens of the State of Michigan.

6.      Defendant Enterprise Leasing Company of Detroit, LLC is a limited liability company, and as such is a citizen of the States where its members are citizens. The sole member of Enterprise Leasing Company of Detroit, LLC is Enterprise Holdings, Inc, which is a Missouri Corporation with its principal place of business in Clayton, Missouri. Therefore, for diversity purposes, Enterprise Leasing Company of Detroit, LLC is a citizen of Missouri.

7.      The amount in controversy exceeds $75,000, exclusive of interest and costs.

8.      This Court has original jurisdiction under 28 USC Section 1332(a)(1) because this is an action between citizens/companies of different states and based upon Plaintiffs' claimed damages, the matter in controversy exceeds $75,000, exclusive of interest and costs.

9.      A copy of this Notice of Removal is being simultaneously filed with the 3rd Judicial Circuit Court, State of Michigan, as required by 28 USC Section 1446(d).

10.     Defendant is entitled to remove this action to this Honorable Court under 28 USC Section 1441.

HUTCHINSON CANNATELLA PC   1001 WOODWARD, SUITE 900 □ DETROIT MICHIGAN 48226 □ (313) 963-1860

**HUTCHINSON CANNATELLA P.C.**


By__/s/ Tara S. Cannatella_____
   **TARA S. CANNATELLA (P67532)**
   Attorney for Defendant
   1001 Woodward Ave, Suite 900
   Detroit, MI 48226
   (313) 963-1860 / Fax: 963-9065
   tcannatella@mhutchlaw.com

Dated:  July 24, 2019
Enterprise's Ntc Removal 07-24-19

## CERTIFICATE OF SERVICE

**TARA S. CANNATELLA,** being first duly sworn, deposes and says that on July 24, 2019, she served a copy of:

➤ Notice of Removal Based Upon Diversity of Citizenship.

via the U.S.D.C Eastern District of Michigan Southern Division's e-filing system, which will send notice to the following:

**ROBERT L. AKOURI (P43788)**
**JOHN A. AKOURI (P58229)**
**AKOURI & ASSOCIATES, P.L.L.C.**
**Attorneys for Plaintiff**
**6528 Schaefer Road**
**Dearborn, MI 48126**
**(313) 584-1404/Fax: 584-1485**
**akouripllc@yahoo.com**

I declare that the above statements are true to the best of my knowledge, information and belief.

**HUTCHINSON CANNATELLA P.C.**

By /s/Tara S. Cannatella_____
    **TARA S. CANNATELLA (P67532)**
    Attorney for Defendant Enterprise
    1001 Woodward Ave, Suite 900
    Detroit, MI 48226
    (313) 963-1860 / Fax: 963-9065
    tcannatella@mhutchlaw.com

Dated:  July 24, 2019
Enterprise's Ntc Removal 07-24-19

HUTCHINSON CANNATELLA PC    1001 WOODWARD, SUITE 900 □ DETROIT MICHIGAN 48226 □ (313) 963-1860


## CT Corporation

**Service of Process Transmittal**
06/27/2019
CT Log Number 535763919

*(handwritten notes: 4 transp, 411 help, Spine+Hosh, New Horizon, due 7/25)*

**TO:** Evelyn Shadley, Legal Assistant
Enterprise Holdings, Inc.
600 Corporate Park Dr
Saint Louis, MO 63105-4211

**RE:** **Process Served in Michigan**

**FOR:** Enterprise Leasing Company of Detroit, LLC  (Domestic State: DE)

---

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | 4 Transport Inc, et al., Pltfs. vs. Enterprise Leasing Company of Detroit, LLC, Dft. |
| **DOCUMENT(S) SERVED:** | Letter(s), Summons, Complaint, Exhibit(s) |
| **COURT/AGENCY:** | Wayne County - 3rd Circuit Court, MI<br>Case # 19008645NF |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Plymouth, MI |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 06/27/2019 postmarked on 06/25/2019 |
| **JURISDICTION SERVED :** | Michigan |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after receipt |
| **ATTORNEY(S) / SENDER(S):** | John Anthony Akouri<br>Akouri & Associates, P.L.L.C.<br>6528 Schaefer Road<br>Dearborn, MI 48126<br>313-584-1404 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780137134236 |
| | Image SOP |
| | Email Notification,  Brian Braunstein  Brian.S.Braunstein@ehi.com |
| | Email Notification,  Evelyn Shadley  EVELYN.SHADLEY@EHI.COM |
| | Email Notification,  SONA THAXTON  Sona.Thaxton@ehi.com |
| **SIGNED:**<br>**ADDRESS:**<br>**TELEPHONE:** | The Corporation Company<br>40600 ANN ARBOR RD E STE 201<br>Plymouth, MI 48170-4675<br>213-337-4615 |

Page 1 of  1 / PS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package

**EXHIBIT A**



John A. Akouri
6528 Schaefer Road
Dearborn, MI 48126

CERTIFIED MAIL

7017 1450 0001 1863 8048

US POSTAGE
$08.50
First-Class
Mailed From 48126
08/26/2019
032A 0061804657

Enterprise Leasing Company of Detroit, LLC
The Corporation Company
40600 Ann Arbor Road E, Suite 201
Plymouth, MI 48170

# AKOURI & ASSOCIATES, P.L.L.C.
## Attorneys and Counselors
## 6528 Schaefer Road
## Dearborn, Michigan 48126

### Phone: (313) 584-1404
### Facsimile: (313) 584-1485

Robert L. Akouri
John A. Akouri

*Of Counsel*
Nemier, Mathieu, Nash & Johnson, P.L.L.C.
37000 Grand River Avenue, Suite 300
Farmington Hills, Michigan 48335
Phone: (248) 476-6999
**Landry, Mazzo & Dembinski P.C.**
37000 Grand River Avenue, Suite 200
Farmington Hills, Michigan 48335
Phone: (248) 476-6900

June 25, 2019
**CERTIFIED MAIL**

Enterprise Leasing Company of Detroit, LLC
The Corporation Company
40600 Ann Arbor Road E, Suite 201
Plymouth, MI 48170

Re:          4 Transport Inc et. Al (Bernicea Stovall) v Enterprise Leasing Company
             of Michigan
Case No.:    19-008645-NF

Enclosed hereto please find:
( X ) Complaint                                ( ) Interrogatories to Defendant
( X ) Summons                                  ( ) Interrogatories to Plaintiff
( ) Witness List                               ( ) Stipulated Order for Dismissal
( ) Pre Trial Statement                        ( ) Reply to Motion for Summary
( ) Request for Admissions                     ( ) Brief in Support
( ) Request for Production of Documents        ( ) Reply to Admissions
( ) Notice of Hearing                          ( ) Reply to Interrogatories
( ) Affirmative Defenses                       ( ) Reply to Request to Produce
( ) Notice of Dismissal by Plaintiff           ( ) Scheduling Order
( ) Release of Claims Agreement                ( ) Entry of Default Judgement
( ) Proof of Service                           ( ) Fee


These documents are for:
( ) Entry- Please time Stamp True Copies       ( X ) Service of Process
( ) Entry- Please return True Copies           ( ) Recording
( ) Filing for Pre Trial

                                               Very truly yours,


                                               Aya Elhourani


JAA/ae
Encl.

Approved, SCAO

| | |
|---|---|
| Original - Court | 2nd Copy - Plaintiff |
| 1st Copy- Defendant | 3rd Copy -Return |

| **STATE OF MICHIGAN**<br>**THIRD JUDICIAL CIRCUIT**<br>**WAYNE COUNTY** | **SUMMONS** | **CASE NO.**<br>**19-008645-NF**<br>**Hon.Susan L. Hubbard** |
|---|---|---|

Court address : 2 Woodward Ave., Detroit MI 48226

Court telephone no.: 313-224-5183

| Plaintiff's name(s), address(es), and telephone no(s)<br>4 Transport Inc    et. Al | v | Defendant's name(s), address(es), and telephone no(s).<br><br>Enterprise Leasing Company of Detroit, LLC |
|---|---|---|

Plaintiff's attorney, bar no., address, and telephone no
John Anthony Akouri 58229
6528 Schaefer Rd
Dearborn, MI 48126-1813

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. Attached is a completed case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court,

where it was given case number _____ and assigned to Judge _____ .

The action ☐ remains ☐ is no longer  pending.

Summons section completed by court clerk.    | **SUMMONS** |

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons  and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>6/21/2019 | Expiration date*<br>9/20/2019 | Court clerk<br>Deborah Bynum |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (1/19)        SUMMONS                                    MCR 1.109(D), MCR 2.102(B), MCR 2.104, MCR 2.105



STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

4 Transport Inc
411 Help LLC
Spine & Health PLLC
& New Horizon Chiropractic PLLC
(Bernicea Stovall)
     Plaintiffs,

                              Case No.    NF

v                               HON.

Enterprise Leasing Company of Detroit, LLC,
     Defendant.

ROBERT L. AKOURI (P43788)
JOHN A. AKOURI (P58229)
Attorney for Plaintiffs,
6528 Schaefer Road
Dearborn, MI 48126
313 584 1404/313 584 1485
akouripllc@yahoo.com

## PLAINTIFF'S COMPLAINT

THERE IS NO OTHER CIVIL ACTION BETWEEN THESE PARTIES
ARISING OUT OF THE SAME TRANSACTION OR OCCURENCE AS
ALLEGED IN THIS COMPLAINT PENDING IN THIS COURT, NOR HAS
ANY SUCH ACTION BEEN PREVIOUSLY FILED AND DISMISSED OR
TRANSFERRED AFTER HAVING BEEN ASSIGNED TO A JUDGE, NOR
DO I KNOW OF ANY OTHER CIVIL ACTION, NOT BETWEEN THESE
PARTIES, ARISING OUT OF THE SAME TRANSACTION OR
OCCURRENCE ALLEGED IN THIS COMPLAINT.

NOW COME Plaintiffs, 4 Transport Inc, 411 Help LLC, Spine & Health PLLC & New

Horizon Chiropractic, LLC, by and through their attorneys, AKOURI & ASSOCIATES, PLLC,

and for their cause of action against Defendant, hereby say as follows:

1. Plaintiff, 4 Transport Inc, is a Limited Liability Company licensed to conduct business

    under the laws of the State of Michigan and at all times pertinent herein was conducting

    business in the State of Michigan.

19-008645-NF FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   6/21/2019 1:27 PM   Debra Bynum

2. Plaintiff, 411 Help LLC is a company licensed to conduct business under the laws of the State of Michigan and at all times pertinent herein was conducting business in the State of Michigan.

3. Plaintiff, Spine & Health PLLC, is a Limited Liability Company licensed to conduct business under the laws of the State of Michigan and at all times pertinent herein was conducting business in the State of Michigan.

4. Plaintiff, New Horizon Chiropractic, LLC, is a Limited Liability Company licensed to conduct business under the laws of the State of Michigan and at all times pertinent herein was conducting business in the State of Michigan.

5. Defendant, Enterprise Leasing Company of Detroit, LLC, is a corporation duly organized and existing under the laws of the State of Michigan and, at all times pertinent herein, was, and currently is, conducting business in the City of Detroit, County of Wayne, State of Michigan.

6. The amount in controversy is $16,472.00 for 4 Transport Inc; $81,930.00 for 411 Help LLC; $2,400 for Spine & Health, PLLC, and $2,445.00 for New Horizon Chiropractic PLLC; for a sum total of $103,247.00, exclusive of costs and attorneys' fees, and jurisdiction is otherwise proper with this Court.

7. Pursuant to MCL 600.2041, "every action shall be prosecuted in the name of the real party of interest."

8. All rights, privileges and remedies to payment for health care services, products or accommodations provided by Plaintiffs to Bernicea Stovall (hereinafter "injured party') for which the injured party is or may be entitled to under MCL 500.3101, *et seq*, the No Fault Act, have been assigned to Plaintiffs, hereto attached as **Exhibit A, B, C & D.**

9. As a result of said assignment, Plaintiffs bear the burden of pursuit of payment for health care services, products, or accommodations, provided by Plaintiffs to the injured party.

10. Pursuant to Insurance Bulletin 92-03, the Defendant is "required to provide insureds and claimants with complete protection from the economic loss for benefits provided under personal protection insurance."

11. Satisfaction of the judgement obtained by Plaintiffs will discharge Defendant(s) of their obligation to the injured party for services Plaintiffs provided to the injured party.

12. Plaintiffs as assignees of the injured party is the real party of the interest and as such Plaintiffs have the right to prosecute this action against Defendant pursuant to MCL 600.2041.

## COUNT I

13. Plaintiffs hereby incorporates paragraphs 1 through 12 as though fully set forth herein.

14. Bernicea Stovall (hereinafter "the injured party") sustained accidental bodily injuries within the meaning of the satisfactory provisions of MCL 500.3105.

15. Defendant is first in order of priority to pay for the injured party's claim for no fault personal protection insurance benefits in accordance with Chapter 31 of the Michigan Insurance Code, more commonly known as the "no-fault insurance law".

16. Defendant has become obligated to pay certain expenses incurred for reasonably necessary products and services rendered for the injured party's care, recovery or rehabilitation as a result of the injured party's sustained accidental bodily injury arising out of the worship, operation, maintenance or use of a motor vehicle as a motor vehicle.

17. Plaintiffs have provided reasonably necessary products, services and/or accommodations to the injured party and continues to do so, resulting in the following outstanding balances:

        a.  $16,472.00 **(EXHIBIT E)**

        b.  $81,930.00 **(EXHIBIT F)**

        c.  $2,400.00 **(EXHIBIT G)**

        d.  $2,445.00 **(EXHIBIT H)**

18. Plaintiffs timely submitted billings to Defendant for medical services that were rendered to the injured party and that were reasonably necessary for the care, recovery or rehabilitation of the injured party for their injuries.

19. Plaintiffs also submitted to Defendant supporting medical records and all other documentation and forms necessary for Defendant to determine the reasonableness, necessity and amount of the medical services rendered to the injured party.

20. Defendant was provided reasonable proof of the fact and of the losses sustained and charges involved.

21. To date, Defendant has unreasonably refused and/or delayed making payment to Plaintiffs for the services rendered.

22. Pursuant to MCL 500.3157, Plaintiffs are entitled to recover the outstanding balances for the medial services rendered to the injured party from Defendant.

23. Plaintiffs have requested payment from Defendant for the amount of the bills due and owing and Defendant has refused and/or neglected to pay them.

24. Plaintiffs are entitled to reasonable and actual attorney fees incurred in this action pursuant to MCL 500.3148.

25. Plaintiff are also entitled to costs and interest pursuant to MCL 500.3142 for the overdue bills that have not been paid by Defendant within 30 days after Defendant received reasonable proof of the fact and of the amount of loss sustained.

## COUNT II- BREACH OF CONTRACTIONS/CONTRACTUAL AND/OR STATUTORY DUTIES

26. Plaintiffs re-allege and reincorporate each of the preceding paragraphs as though fully set forth herein.

27. Defendant's failure to pay Plaintiffs' personal protection insurance benefits constitutes a material breach of contractual and/or statutory duties pursuant to the contract where the

injured party is qualified as an "insured", or otherwise entitled to benefits and/or pursuant to MCL 500.3101, *et seq.*

28. As a direct and proximate cause of Defendants' breach of contractual and/or statutory duties, Plaintiffs have sustained damages.

WHEREFORE, Plaintiffs claim as damages against Defendant in the amount of $16,472.00 for 4 Transport Inc, $81,930.00 for 411 Help LLC, $2,400.00 for Spine & Health PLLC, and $2,445.00 for New Horizon Chiropractic, PLLC for a sum total of $103,247.00, plus payment for any additional services rendered during the pendency of this matter, plus costs, attorney fees and interest most wrongly sustained.

Respectfully Submitted

AKOURI & ASSOCIATES, P.L.L.C.

/S/ JOHN A. AKOURI
JOHN A. AKOURI (P58229)
Attorney for Plaintiffs
6528 Schaefer Road
Dearborn, Michigan 48126
313 584 1404
akouripllc@yahoo.com

# EXHIBIT A

4 TRANSPORT INC P.O. BOX 1558 DEARBORN, MI 48121
PH. 313-888-2383 FAX. 313-908-1190

# ASSIGNMENT OF BENFITS/POLICY RIGHTS

I, the undersigned patient, hereby assign the rights and benefits of insurance of the applicable personal injury protections, medical payment, and/or other insurances to **4 TRANSPORT INC** for services and/or injuries sustained in the accident of _____ to the undersigned patient and covered by Personal Injury Protection (PIP) Coverage or other insurance coverage under _____ insurance Co _____ in accordance with Michigan Statute the undersigned agrees to pay any applicable deductible or co-payment not covered by the PIP or other insurance coverage. This assignment includes, but is not limited to, all rights to collect benefits directly from the insurance company for the service or services that I have received; and all rights to proceed against the insurance company obligated to provide benefits of which I am due. This assignment also includes any right to recover attorney's fees and costs for such action brought by the provider as the Patient's assignee. I agree that **4 TRANSPORT INC** may select any attorney he/she wishes and understand and agree that the attorney selected by them may be different that the attorney handling my personal injury/bodily claim or case. As part of the assignment of rights and benefits, I hereby instruct the insurance carrier that in the event the medical benefits received are disputed for any reason, including medical reasonableness and/or necessity, that the amount of benefits claimed by **4 TRANSPORT INC** is to be set aside and not disbursed until the dispute is resolved. As part of this assignment of rights and benefits, I further instruct the insurance carrier to notify the provider immediately of any dispute as to payment so that he/she may exercise their legal rights. I understand that any person who knowingly files anything containing false, incomplete, or misleading information with the intent to injure, defraud, or deceive any insurance company is_____. I have read the information herein and it is true and correct to the best of my knowledge and belief.

_Patients Signature_

Date 02-08-19

_Print Name_ Berniega Stovall

PROVIDER:
The undersigned, on behalf of **4 TRANSPORT INC** hereby accepts assignment of the insurance rights and benefits for the services rendered to _____ to be paid directly to 4 **TRANSPORT INC** under Patient Personal Injury Protection (PIP) or other insurance coverage Ins Co. and in accordance with applicable law.

4 TRANSPORT INC _____

DATE _____

# EXHIBIT B

### Assignment of Personal Injury Protection Benefits
### and Lien Agreement

I, _____, in order to provide and facilitate the ability of 411 Help LLC ("Provider") to collect their charges for the services provided to me after my automobile accident ("Charges") directly from the Payor/Insurance Company, agree as follows:

I hereby assign my right to all past and presently due benefits to the extent of the services provided to me by Provider, up through the date of the last signing of this Agreement to Provider, to the fullest extent permitted under Michigan law (see MCL §500.3143 and *Professional Rehab Assoc. v. State Farm Mut. Auto Ins. Co.*, 228 Mich App 167 (1998)). This Assignment shall include all of my rights, remedies, and benefits to the Provider as well as any and all rights, title, and interest in any claim or cause(s) of action that I might have now or had in the past against any Payor/Insurance Company to the extent of any benefits/payment I would be entitled to for the Charges, the right to prosecute such causes of action either in my name or in Provider's name, and the right to settle or otherwise resolve such causes of action as Provider shall be substituted instead of myself as Plaintiff in the litigation to the extent that such litigation asserts claim for payment or benefits for Charges.

I further assign my right to receive any proceeds from any Payor/Insurance Company to the Provider for any Chares and grant a contractual lien to Provider with respect to my Charges. I intend for this assignment to effective a priority security interest in my settlement and herby authorize Provider to file UCC Financing Statement in order to perfect such lien.

In the event that I retain one or more attorneys to assist me in collection any payment with regard to my benefits, I direct each attorney to provide immediate notice to Provider regarding any proceeds received by the attorney, to promptly pay Provider the full amount of Charges out of such proceeds, and to provide a full accounting of such proceeds to Provider. I understand that I remain personally liable and responsible for my Charges and I agree to pay the full amount of my Charges to Provider upon its demand. Unless mutually agreed to in writing, the receipt and processing of partial payments to Provider shall not constitute a waiver of Provider's right to receive payment in full upon demand, irrespective of any restrictions indicated on any payments, and that I may request a copy of my total Charges at any time. I understand that the settlement amount may not cover part or all of the Charges, and I fully understand that I am financially responsible or agree to pay all Charges which are not paid by settlement of any lawsuit.

Patient's Printed Name: *Bernicea Stovall*

Patient's Signature: *Bernicea Stovall*    Date: *04/11/19*

Patient's Signature: *Bernicea Stovall*    Date: *04/12/19*

Patient's Signature: _____    Date: _____

*Without limit, the full amount of charges and fees for all of Provider's services (including, without limitations, facility fee, treatment, medical equipment, supplies, supplements, narrative reports, depositions, testimony, nursing care, therapy, and/or other medical service provided by Provider).

# EXHIBIT C

# EXHIBIT D

**New Horizon Chiropractic PLLC**

**15565 Northland Drive, Suite 308W**

**Southfield, Mi 48075**

## MICHIGAN MOTORVEHICLE NO-FAULT INSURANCE LAW ASSIGNMENT OF BENEFITS

I, _____ , ("Assignor"), hereby assign to New Horizon Chiropractic PLLC ("Assignee" all rights, privileges and remedies to payment for health care services, products or accommodations("services") provided by Assignee to Assignor to which Assignor is or may be entitles under Chapter 32 of the Insurance Code ( MCL 500.3101, et seq) the No- Fault Act.

This agreement is not an assignment of a right to benefits payable in the future, but an assignment of a right to benefits payable as loss accrues and with the respect to services already provided; in other words, this assignment affects only those services provided prior to its execution .

Assignor hereby certifies that upon execution of this agreement, Assignor has incurred charges with respect to services provided by Assignee on or before the date of the execution for which the rights, privileges and remedies for payment are hereby assigned.

Assignor hereby certifies its understanding that while Assignee may, pursuant to this assignment, pursue payment from a person or entity other than the Assignor, this agreement may be revoked by Assignee if it determines, or determination is made pursuant to judicial proceedings, that Assignor lacks coverage or that the services subject to this assignment are not payable by any such person or entity for any reason under Chapter 31 of the Insurance Code (MLC 500.3101, et seq), any applicable policy of insurance, and/ or due to any actions or conduct of Assignor.

Assignor and Assignee agree that in the event any terms or provisions of this agreement are declared invalid or unenforceable by any Court or Federal or State Government Agency having jurisdiction over the subject matter of this agreement, the remaining terms and provisions that are not affected thereby shall remain in force and effect.

The Above assignment and release of benefits acknowledges that medical, and/ or Chiropractic, and/or Physical Therapy Services, and or instructional use of and acceptance of Medical Equipment such as a rehabilitave brace(s) were authorized by me and performed by New Horizon Chiropractic PLLC for my treatment and recovery on or before _____.

Bernicea   Stovall                Date: 10 - 18 - 18

Bernieen Stovell

**New Horizon Chiropractic PLLC**

**15565 Northland Drive, Suite 308W**

**Southfield, Mi 48075**

**MICHIGAN MOTORVEHICLE NO-FAULT INSURANCE LAW ASSIGNMENT OF BENEFITS**

I, _____ , ("Assignor"), hereby assign to New Horizon Chiropractic PLLC ("Assignee" all rights, privileges and remedies to payment for health care services, products or accommodations("services") provided by Assignee to Assignor to which Assignor is or may be entitles under Chapter 32 of the Insurance Code ( MCL 500.3101, et seq) the No- Fault Act.

This agreement is not an assignment of a right to benefits payable in the future, but an assignment of a right to benefits payable as loss accrues and with the respect to services already provided; in other words, this assignment affects only those services provided prior to its execution .

Assignor hereby certifies that upon execution of this agreement, Assignor has incurred charges with respect to services provided by Assignee on or before the date of the execution for which the rights, privileges and remedies for payment are hereby assigned.

Assignor hereby certifies its understanding that while Assignee may, pursuant to this assignment, pursue payment from a person or entity other than the Assignor, this agreement may be revoked by Assignee if it determines, or determination is made pursuant to judicial proceedings, that Assignor lacks coverage or that the services subject to this assignment are not payable by any such person or entity for any reason under Chapter 31 of the Insurance Code (MLC 500.3101, et seq), any applicable policy of insurance, and/ or due to any actions or conduct of Assignor.

Assignor and Assignee agree that in the event any terms or provisions of this agreement are declared invalid or unenforceable by any Court or Federal or State Government Agency having jurisdiction over the subject matter of this agreement, the remaining terms and provisions that are not affected thereby shall remain in force and effect.

The Above assignment and release of benefits acknowledges that medical, and/ or Chiropractic, and/or Physical Therapy Services, and or instructional use of and acceptance of Medical Equipment such as a rehabilitave brace(s) were authorized by me and performed by New Horizon Chiropractic PLLC for my treatment and recovery on or before _____ .

Bernicea Stovall                    Date: 10~18~18

[Print name of Patient]

Bernicea Stovall

[Signature of Patient]

# EXHIBIT D

## ASSIGNMENT OF RIGHTS

Patient Name ___Bernicea Stovall___ ("Assignor")

Medical Provider ___Spine & Health___ ("Assignee")

Assignor acknowledges that he/she has received treatment, products, services and/or accommodations (collectively the "Services") from Assignee and that Assignor has incurred chargers for such services.

For valuable consideration as set forth herein, Assignor hereby certifies that upon execution of this agreement, Assignor has incurred charges with respect to Services from Assignee on or before the date of execution for which the rights, privileges, claims and remedies for payment for each of those Services are hereby assigned to Assignee.

Assignor understands this Assignment is effective and irrevocable (subject to the termination provision below), as of today's date, and in furtherance of the Assignment, Assignor acknowledges the following:

This is an agreement of the right to enforce payment of charges incurred for Services, for which charges are payable under any policy of insurance, contract, legal claim and/or statue. Such assignment shall include, in Assignee's sole discretion, the right to appeal a payment denial under any procedure outlined in any insurance policy, contract, or statue and/or the right to file suit to enforce the payment benefits due or past due for the Services incurred and resulting charges.

For all purposes of enforcement of this Assignment, Assignee or its agent is designated as my attorney in fact with respect to any action taken in pursuit of payment for Services provided by Assignee. In the event Assignee files suit to enforce payment of benefits due or past due for the Services, Assignor consents that such suit may be pursued solely in the Assignor's name or by Assignee on behalf of Assignor, as Assignee's sole discretion. Assignor further agrees to cooperate and assist Assignee to enforce the payment of benefits and authorizes Assignee to speak with Assignor's attorneys and representative regarding all aspects of such legal claims.

Assignor and Assignee agree that as consideration for this assignment, Assignee assumes the burden, otherwise born by the Assignor, to purse payment for Services rendered by the Assignee, from the insurance company or entity responsible to pay for such Services. This may include Assignee doing some or all of the following: (1) submitting its bills directly to the insurance company or entity; (2) pursuing the insurance company or entity which is responsible to pay Assignee's bills for payment of Assignee's bills, (3) incurring any expense associated with pursuing payment of bills, (4) hiring or retaining the services of an attorney or collection agency to purse payment of Assignee's bills.

To the extent that Assignor or his representatives receive any award by judgement, settlement, arbitration or otherwise, pertaining to or comprising any portion of the Services, Assignor consents to assign such portion of such award to Assignee until Assignee has received payment for the Services. Assignor further acknowledges and agrees that this agreement shall, for all purposes, constitute a lien on any such award in favor of Assignor and Assignee is authorized to provide notice of this agreement to any party who may receive such an award in favor of Assignor pertaining to or comprising any portion of the Services.

This assignment shall not reduce, diminish, or impair Assignor's obligation to pay Assignee for the Services and Assignee acknowledges that, at the time hereto, Assignee may pursue Assignor directly for payment for the Services irrespective of the assignment.

This assignment shall be irrevocable unless terminated by mutual agreement of Assignee and Assignor in writing.

Assignor and Assignee agree that in the event any terms or provisions of this agreement are declared invalid or unenforceable by any Court or Federal Government Agency having jurisdiction over the subject matter of this agreement, the remaining terms and provisions that are not affected thereby shall remain in full force and effect.

Patient Signature: ___Bernicea Stovall___ ("Assignor")

Date __02/2/19__

## ASSIGNMENT OF RIGHTS

Patient Name _____ ("Assignor")

Medical Provider __Spine & Health__ ("Assignee")

Assignor acknowledges that he/she has received treatment, products, services and/or accommodations (collectively the "Services") from Assignee and that Assignor has incurred charges for such Services.

For valuable consideration as set forth herein, Assignor hereby certifies that upon execution of this agreement, Assignor has incurred charges with respect to Services from Assignee on or before the date of execution for which the rights, privileges, claims and remedies for payment for each of those Services are hereby assigned to Assignee.

Assignor understands this Assignment is effective and irrevocable (subject to the termination provision below), as of today's date, and in furtherance of the Assignment, Assignor acknowledges the following:

This is an assignment of the right to enforce payment of charges incurred for Services, for which charges are payable under any policy of insurance, contract, legal claim and/or statute. Such assignment shall include, in Assignee's sole discretion, the right to appeal a payment denial under any procedure outlined in any insurance policy, contract or statute and/or the right to file suit to enforce the payment of benefits due or past due for the Services incurred and resulting charges.

For all purposes of enforcement of this Assignment, Assignee or its agent is designated as my attorney in fact with respect to any action taken in pursuit of payment for Services provided by Assignee. In the event Assignee files suit to enforce payment of benefits due or past due for the Services, Assignor consents that such suit may be pursued solely in Assignor's name or by Assignee on behalf of Assignor, as Assignee's sole discretion. Assignor further agrees to cooperate and assist Assignee to enforce the payment of benefits and authorizes Assignee to speak with Assignor's attorneys and representatives regarding any and all aspects of such legal claims.

Assignor and Assignee agree that as consideration for this assignment, Assignee assumes the burden, otherwise born by the Assignor, to pursue payment for Services rendered by the Assignee, from the insurance company or entity responsible to pay for such Services. This may include Assignee doing some or all of the following: (1) submitting its bills directly to the insurance company or entity; (2) pursuing the insurance company or entity which is responsible to pay Assignee's bills for payment of Assignee's bills; (3) incurring any expense associated with pursuing payment of Assignee's bills, (4) hiring or retaining the services of an attorney or collection agency to pursue payment of Assignee's bills.

To the extent that Assignor or his representatives receive any award by judgment, settlement, arbitration or otherwise, pertaining to or comprising any portion of the Services, Assignor consents to assign such portion of such award to Assignee until Assignee has received payment for the Services. Assignor further acknowledges and agrees that this agreement shall, for all purposes, constitute a lien on any such award in favor of Assignor and Assignee is authorized to provide notice of this assignment to any party who may receive such an award in favor of Assignor pertaining to or comprising any portion of the Services.

This assignment shall not reduce, diminish or impair Assignor's obligation to pay Assignee for the Services and Assignee acknowledges that, at any time hereto, Assignee may pursue Assignor directly for payment for the Services irrespective of this assignment.

This assignment shall be irrevocable unless terminated by mutual agreement of Assignee and Assignor in writing.

Assignor and Assignee agree that in the event any terms or provisions of this agreement are declared invalid or unenforceable by any Court or Federal or State Government Agency having jurisdiction over the subject matter of this agreement, the remaining terms and provisions that are not affected thereby shall remain in full force and effect.

Patient Signature _____ ("Assignor")

Date __7/17/19__

## ASSIGNMENT OF RIGHTS

Patient Name ___Bernicea Stovall___ ("Assignor")

Medical Provider ___Spire ₹ Health___ ("Assignee")

Assignor acknowledges that he/she has received treatment, products, services and/or accommodations (collectively the "Services") from Assignee and that Assignor has incurred charges for such Services.

For valuable consideration as set forth herein, Assignor hereby certifies that upon execution of this agreement, Assignor has incurred charges with respect to Services from Assignee on or before the date of execution for which the rights, privileges, claims and remedies for payment for each of those Services are hereby assigned to Assignee.

Assignor understands this Assignment is effective and irrevocable (subject to the termination provision below), as of today's date, and in furtherance of the Assignment, Assignor acknowledges the following:

This is an assignment of the right to enforce payment of charges incurred for Services, for which charges are payable under any policy of insurance, contract, legal claim and/or statute. Such assignment shall include, in Assignee's sole discretion, the right to appeal a payment denial under any procedure outlined in any insurance policy, contract or statute and/or the right to file suit to enforce the payment of benefits due or past due for the Services incurred and resulting charges.

For all purposes of enforcement of this Assignment, Assignee or its agent is designated as my attorney in fact with respect to any action taken in pursuit of payment for Services provided by Assignee. In the event Assignee files suit to enforce payment of benefits due or past due for the Services, Assignor consents that such suit may be pursued solely in Assignor's name or by Assignee on behalf of Assignor, as Assignee's sole discretion. Assignor further agrees to cooperate and assist Assignee to enforce the payment of benefits and authorizes Assignee to speak with Assignor's attorneys and representatives regarding any and all aspects of such legal claims.

Assignor and Assignee agree that as consideration for this assignment, Assignee assumes the burden, otherwise born by the Assignor, to pursue payment for Services rendered by the Assignee, from the insurance company or entity responsible to pay for such Services. This may include Assignee doing some or all of the following: (1) submitting its bills directly to the insurance company or entity; (2) pursuing the insurance company or entity which is responsible to pay Assignee's bills for payment of Assignee's bills; (3) incurring any expense associated with pursuing payment of Assignee's bills, (4) hiring or retaining the services of an attorney or collection agency to pursue payment of Assignee's bills.

To the extent that Assignor or his representatives receive any award by judgment, settlement, arbitration or otherwise, pertaining to or comprising any portion of the Services, Assignor consents to assign such portion of such award to Assignee until Assignee has received payment for the Services. Assignor further acknowledges and agrees that this agreement shall, for all purposes, constitute a lien on any such award in favor of Assignor and Assignee is authorized to provide notice of this assignment to any party who may receive such an award in favor of Assignor pertaining to or comprising any portion of the Services.

This assignment shall not reduce, diminish or impair Assignor's obligation to pay Assignee for the Services and Assignee acknowledges that, at any time hereto, Assignee may pursue Assignor directly for payment for the Services irrespective of this assignment.

This assignment shall be irrevocable unless terminated by mutual agreement of Assignee and Assignor in writing.

Assignor and Assignee agree that in the event any terms or provisions of this agreement are declared invalid or unenforceable by any Court or Federal or State Government Agency having jurisdiction over the subject matter of this agreement, the remaining terms and provisions that are not affected thereby shall remain in full force and effect.

Patient Signature ___Bernicea Stovall___ ("Assignor")

Date ___10|18|18___

## ASSIGNMENT OF RIGHTS

Patient Name _Jenica Stovall_ ("Assignor")

Medical Provider _Spine Zone Health_ ("Assignee")

Assignor acknowledges that he/she has received treatment, products, services and/or accommodations (collectively the "Services") from Assignee and that Assignor has incurred chargers for such services.

For valuable consideration as set forth herein, Assignor hereby certifies that upon execution of this agreement, Assignor has incurred charges with respect to Services from Assignee on or before the date of execution for which the rights, privileges, claims and remedies for payment for each of those Services are hereby assigned to Assignee.

Assignor understands this Assignment is effective and irrevocable (subject to the termination provision below), as of today's date, and in furtherance of the Assignment, Assignor acknowledges the following:

This is an agreement of the right to enforce payment of charges incurred for Services, for which charges are payable under any policy of insurance, contract, legal claim and/or statue. Such assignment shall include, in Assignee's sole discretion, the right to appeal a payment denial under any procedure outlined in any insurance policy, contract, or statue and/or the right to file suit to enforce the payment benefits due or past due for the Services incurred and resulting charges.

For all purposes of enforcement of this Assignment, Assignee or its agent is designated as my attorney in fact with respect to any action taken in pursuit of payment for Services provided by Assignee. In the event Assignee files suit to enforce payment of benefits due or past due for the Services, Assignor consents that such suit may be pursued solely in the Assignor's name or by Assignee on behalf of Assignor, as Assignee's sole discretion. Assignor further agrees to cooperate and assist Assignee to enforce the payment of benefits and authorizes Assignee to speak with Assignor's attorneys and representative regarding all aspects of such legal claims.

Assignor and Assignee agree that as consideration for this assignment, Assignee assumes the burden, otherwise born by the Assignor, to purse payment for Services rendered by the Assignee, from the insurance company or entity responsible to pay for such Services. This may include Assignee doing some or all of the following: (1) submitting its bills directly to the insurance company or entity; (2) pursuing the insurance company or entity which is responsible to pay Assignee's bills for payment of Assignee's bills, (3) incurring any expense associated with pursuing payment of bills, (4) hiring or retaining the services of an attorney or collection agency to purse payment of Assignee's bills.

To the extent that Assignor or his representatives receive any award by judgement, settlement, arbitration or otherwise, pertaining to or comprising any portion of the Services, Assignor consents to assign such portion of such award to Assignee until Assignee has received payment for the Services. Assignor further acknowledges and agrees that this agreement shall, for all purposes, constitute a lien on any such award in favor of Assignor and Assignee is authorized to provide notice of this agreement to any party who may receive such an award in favor of Assignor pertaining to or comprising any portion of the Services.

This assignment shall not reduce, diminish, or impair Assignor's obligation to pay Assignee for the Services and Assignee acknowledges that, at the time hereto, Assignee may pursue Assignor directly for payment for the Services irrespective of the assignment.

This assignment shall be irrevocable unless terminated by mutual agreement of Assignee and Assignor in writing.

Assignor and Assignee agree that in the event any terms or provisions of this agreement are declared invalid or unenforceable by any Court or Federal Government Agency having jurisdiction over the subject matter of this agreement, the remaining terms and provisions that are not affected thereby shall remain in full force and effect.

Patient Signature _Jenicee Stovall_ ("Assignor")

Date _11/30/18_

# EXHIBIT E

## 4 TRANSPORT INC

Po Box 1558
Dearborn, MI 48121

Tax ID: 81-1983004

Ph: (313) 868-2333
Fax: (313) 908-1190

| Invoice Date: | Service Provided: | Invoice #: 691 |
|---|---|---|
| 9/14/2018 | Medical Transportation | |
| Patient Name: | Insurance Company: | |
| Stovall, Bernicea | ELCO | |
| Patient Address: | Claim #: | |
| 666 W Bethune St | 12378294 | |
| Detroit, MI 48202 | | |

| Date | Pick Up | Drop Off / Pick Up | Drop Off | Miles | Pick Up/Drop Off |
|---|---|---|---|---|---|
| 7/17/2018 | 666 W Bethune St, Detroit, MI 48202 | 15565 Northland Dr #308w, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 18.3 | 2/2 |
| 7/20/2018 | 666 W Bethune St, Detroit, MI 48202 | 15565 Northland Dr #308w, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 23.1 | 2/2 |
| 8/1/2018 | 666 W Bethune St, Detroit, MI 48202 | 15565 Northland Dr #308w, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 18.3 | 2/2 |
| 8/10/2018 | 666 W Bethune St, Detroit, MI 48202 | 15565 Northland Dr #308w, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 18.3 | 2/2 |
| 8/21/2018 | 666 W Bethune St, Detroit, MI 48202 | 15565 Northland Dr #308w, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 18.3 | 2/2 |
| 8/22/2018 | 666 W Bethune St, Detroit, MI 48202 | 15565 Northland Dr #308w, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 18.3 | 2/2 |
| 8/23/2018 | 666 W Bethune St, Detroit, MI 48202 | 15565 Northland Dr #308w, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 18.3 | 2/2 |
| 8/28/2018 | 666 W Bethune St, Detroit, MI 48202 | 15565 Northland Dr #304w, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 18.3 | 2/2 |
| 8/29/2018 | 666 W Bethune St, Detroit, MI 48202 | 15565 Northland Dr #308w, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 18.3 | 2/2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Miles: | 169.5 | Rate Per Mile: $ | 4.50 | S0215 | $ | 762.75 |
| # of Pick Up: | 18 | Pick Up Charge: $ | 40.00 | | $ | 720.00 |
| # of Drop Off: | 18 | Drop Off Charge: $ | 40.00 | | $ | 720.00 |
| | | | | TOTAL: | $ | 2,202.75 |

Please send payment, payable to:

4 TRANSPORT INC
PO BOX 1558
DEARBORN, MI 48121

## 4 TRANSPORT INC

| Po Box 1558 Dearborn, MI 48121 | Ph: (313) 888-2333 Fax: (313) 908-1190 |
|---|---|
| Tax ID: 81-1983004 | |

| Invoice Date: 9/14/2018 | Service Provided: Medical Transportation | Invoice #: 692 |
|---|---|---|
| Patient Name: Stovall, Bernicea | Insurance Company: ELCO | |
| Patient Address: 666 W Bethune St Detroit, MI 48202 | Claim #: 12378294 | |

| Date | Pick Up | Drop Off / Pick Up | Drop Off | Miles | Pick Up/Drop Off |
|---|---|---|---|---|---|
| 9/4/2018 | 666 W Bethune St, Detroit, MI 48202 | 15565 Northland Dr #308w, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 18.3 | 2/2 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Miles: | 18.3 | Rate Per Mile: $ | 4.50 | S0215 | $ | 82.35 |
| # of Pick Up: | 2 | Pick Up Charge: $ | 40.00 | | $ | 80.00 |
| # of Drop Off: | 2 | Drop Off Charge: $ | 40.00 | | $ | 80.00 |
| | | | | TOTAL: | $ | 242.35 |

Please send payment, payable to:

4 TRANSPORT INC
PO BOX 1558
DEARBORN, MI 48121

## 4 TRANSPORT INC

Po Box 1558
Dearborn, MI 48121

Tax ID: 81-1983004

Ph: (313) 888-2333
Fax: (313) 908-1190

| | |
|---|---|
| **Invoice Date:** 11/12/2018 | **Service Provided:** Medical Transportation |
| **Patient Name:** Stovall, Bernicea | **Insurance Company:** ELCO |
| **Patient Address:** 666 W Bethune St, Detroit , MI 48202 | **Claim #:** 12378294 |

**Invoice# 1137**

| Date | Pick Up | Drop Off / Pick Up | Drop Off | Miles | Pick Up/Drop Off |
|---|---|---|---|---|---|
| 10/1/2018 | 666 W Bethune St, Detroit, MI 48202 | 15565 Northland Dr #308w, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 18.4 | 2/2 |
| 10/2/2018 | 666 W Bethune St, Detroit, MI 48202 | 15565 Northland Dr #304w, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 18.4 | 2/2 |
| 10/5/2018 | 666 W Bethune St, Detroit, MI 48202 | 15565 Northland Dr #308w, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 18.4 | 2/2 |
| 10/18/2018 | 666 W Bethune St, Detroit, MI 48202 | 15565 Northland Dr #304w, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 18.4 | 2/2 |
| 10/18/2018 2nd Location | 666 W Bethune St, Detroit, MI 48202 | 15565 Northland Dr #308w, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 18.4 | 2/2 |
| 10/18/2018 3rd Location | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 21.7 | 2/2 |
| 10/19/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 21.7 | 2/2 |
| 10/23/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 21.7 | 2/2 |
| 10/25/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 21.7 | 2/2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Miles: | 178.8 | Rate Per Mile: | $ | 4.50 | 50215 | $ 804.60 |
| # of Pick Up: | 18 | Pick Up Charge: | $ | 40.00 | | $ 720.00 |
| # of Drop Off: | 18 | Drop Off Charge: | $ | 40.00 | | $ 720.00 |
| | | | | | TOTAL: | $ 2,244.60 |

Please send payment, payable to:

4 TRANSPORT INC
PO BOX 1558
DEARBORN, MI 48121

## 4 TRANSPORT INC

| Po Box 1558 | |
|---|---|
| Dearborn, MI 48121 | Ph: (313) 888-2333 |
| | Fax: (313) 908-1190 |
| Tax ID: 81-1983004 | |

| Invoice Date: | Service Provided: | Invoice# 1138 |
|---|---|---|
| 11/12/2018 | Medical Transportation | |
| Patient Name: | Insurance Company: | |
| Stovall, Bernicea | ELCO | |
| Patient Address: | Claim #: | |
| 666 W Bethune St, | 12378294 | |
| Detroit , MI 48202 | | |

| Date | Pick Up | Drop Off / Pick Up | Drop Off | Miles | Pick Up/Drop Off |
|---|---|---|---|---|---|
| 10/26/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 21.7 | 2/2 |
| 11/1/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 21.7 | 2/2 |
| 11/2/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 21.7 | 2/2 |
| 11/5/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 21.7 | 2/2 |
| 11/6/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 21.7 | 2/2 |
| 11/7/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 21.7 | 2/2 |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Miles: | 130.2 | Rate Per Mile: $ | 4.50 | S0215 | $ 585.90 |
| # of Pick Up: | 12 | Pick Up Charge: $ | 40.00 | | $ 480.00 |
| # of Drop Off: | 12 | Drop Off Charge: $ | 40.00 | | $ 480.00 |
| | | | | TOTAL: | $ 1,545.90 |

Please send payment, payable to:

4 TRANSPORT INC
PO BOX 1558
DEARBORN, MI 48121

## 4 TRANSPORT INC

| | |
|---|---|
| Po Box 1558<br>Dearborn, MI 48121<br><br>Tax ID: 81-1983004 | Ph: (313) 888-2333<br>Fax: (313) 908-1190 |

| | |
|---|---|
| Invoice Date:<br>2/22/2019 | Service Provided:<br>Medical Transportation | Invoice# 2054 |
| Patient Name:<br>Stovall, Bernicea | Insurance Company:<br>ELCO |
| Patient Address:<br>666 W Bethune St,<br>Detroit, MI 48202 | Claim #:<br>12378294 |

| Date | Pick Up | Drop Off / Pick Up | Drop Off | Miles | Pick Up/Drop Off |
|---|---|---|---|---|---|
| 11/12/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 22.2 | 2/2 |
| 11/13/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 22.2 | 2/2 |
| 11/14/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 22.2 | 2/2 |
| 11/19/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 22.2 | 2/2 |
| 11/20/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 22.2 | 2/2 |
| 11/21/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 22.2 | 2/2 |
| 11/26/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 22.2 | 2/2 |
| 11/27/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 22.2 | 2/2 |
| 11/28/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 22.2 | 2/2 |

| | | | | | |
|---|---|---|---|---|---|
| Total Miles: | 199.8 | Rate Per Mile: $ | 4.50 | S0215 | $ 899.10 |
| # of Pick Up: | 18 | Pick Up Charge: $ | 40.00 | | $ 720.00 |
| # of Drop Off: | 18 | Drop Off Charge: $ | 40.00 | | $ 720.00 |
| | | | | TOTAL: | $ 2,339.10 |

Please send payment, payable to:

4 TRANSPORT INC
PO BOX 1558
DEARBORN, MI 48121

## 4 TRANSPORT INC

| | |
|---|---|
| Po Box 1558<br>Dearborn, MI 48121<br><br>Tax ID: 81-1983004 | Ph: (313) 888-2333<br>Fax: (313) 908-1190 |

| | |
|---|---|
| Invoice Date:<br>2/22/2019 | Service Provided:    Invoice# 2055<br>Medical Transportation |
| Patient Name:<br>Stovall, Bernicea | Insurance Company:<br>ELCO |
| Patient Address:<br>666 W Bethune St,<br>Detroit , MI 48202 | Claim #:<br>12378294 |

| Date | Pick Up | Drop Off / Pick Up | Drop Off | Miles | Pick Up/Drop Off |
|---|---|---|---|---|---|
| 11/30/2018 | 666 W Bethune St, Detroit, MI 48202 | 15565 Northland Dr #340W, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 18.6 | 2/2 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Miles: | 18.6 | Rate Per Mile: $ | 4.50 | S0215 | $   83.70 |
| # of Pick Up: | 2 | Pick Up Charge: $ | 40.00 | | $   80.00 |
| # of Drop Off: | 2 | Drop Off Charge: $ | 40.00 | | $   80.00 |
| | | | | TOTAL: | $  243.70 |

Please send payment, payable to:

4 TRANSPORT INC
PO BOX 1558
DEARBORN, MI 48121

## 4 TRANSPORT INC

| | |
|---|---|
| Po Box 1558 | Ph: (313) 888-2333 |
| Dearborn, MI 48121 | Fax: (313) 908-1190 |
| Tax ID: 81-1983004 | |

| | |
|---|---|
| **Invoice Date:** | **Service Provided:** |
| 2/22/2019 | Medical Transportation |
| | |
| **Patient Name:** | **Insurance Company:** |
| Stovall, Bernicea | ELCO |
| | |
| **Patient Address:** | **Claim #:** |
| 666 W Bethune St, | 12378294 |
| Detroit, MI 48202 | |

Invoice# 1371

| Date | Pick Up | Drop Off / Pick Up | Drop Off | Miles | Pick Up/Drop Off |
|---|---|---|---|---|---|
| 12/4/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 25.4 | 2/2 |
| 12/5/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 25.4 | 2/2 |
| 12/6/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 25.4 | 2/2 |
| 12/10/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 25.4 | 2/2 |
| 12/11/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 25.4 | 2/2 |
| 12/12/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 25.4 | 2/2 |
| 12/19/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 25.4 | 2/2 |
| 12/20/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 25.4 | 2/2 |
| 12/21/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 25.4 | 2/2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Miles:** | 228.6 | **Rate Per Mile:** $ | 4.50 | S0215 | $ | 1,028.70 |
| **# of Pick Up:** | 18 | **Pick Up Charge:** $ | 40.00 | | $ | 720.00 |
| **# of Drop Off:** | 18 | **Drop Off Charge:** $ | 40.00 | | $ | 720.00 |
| | | | | **TOTAL:** | $ | 2,468.70 |

Please send payment, payable to:

**4 TRANSPORT INC**
**PO BOX 1558**
**DEARBORN, MI 48121**

## 4 TRANSPORT INC

Po Box 1558
Dearborn, MI 48121

Tax ID: 81-1983004

Ph: (313) 888-2333
Fax: (313) 908-1190

| Invoice Date: | Service Provided: | Invoice# 1747 |
|---|---|---|
| 1/31/2019 | Medical Transportation | |
| Patient Name: | Insurance Company: | |
| Stovall, Bernicea | ELCO | |
| Patient Address: | Claim #: | |
| 666 W Bethune St, | 12378294 | |
| Detroit , MI 48202 | | |

| Date | Pick Up | Drop Off / Pick Up | Drop Off | Miles | Pick Up/Drop Off |
|---|---|---|---|---|---|
| 12/24/2018 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 23.4 | 2/2 |
| 12/27/2018 | 666 W Bethune St, Detroit, MI 48202 | 91 manchester St. Highland park, MI 48203 | 666 W Bethune St, Detroit, MI 48202 | 8.8 | 2/2 |
| 1/2/2019 | 666 W Bethune St, Detroit, MI 48202 | 15565 Northland Dr #304w, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 18.4 | 2/2 |
| 1/4/2019 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 23.4 | 2/2 |
| 1/7/2019 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 23.4 | 2/2 |
| 1/9/2019 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 23.4 | 2/2 |
| 1/10/2019 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 23.4 | 2/2 |
| 1/14/2019 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 23.4 | 2/2 |
| 1/15/2019 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 23.4 | 2/2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Miles: | 191 | Rate Per Mile: $ | 4.50 | S0215 | $ | 859.50 |
| # of Pick Up: | 18 | Pick Up Charge: $ | 40.00 | | $ | 720.00 |
| # of Drop Off: | 18 | Drop Off Charge: $ | 40.00 | | $ | 720.00 |
| | | | | TOTAL: | $ | 2,299.50 |

Please send payment, payable to:

4 TRANSPORT INC
PO BOX 1558
DEARBORN, MI 48121

## 4 TRANSPORT INC

| | |
|---|---|
| Po Box 1558<br>Dearborn, MI 48121<br><br>Tax ID: 81-1983004 | Ph: (313) 888-2333<br>Fax: (313) 908-1190 |

| | |
|---|---|
| **Invoice Date:**<br>1/31/2019 | **Service Provided:**<br>Medical Transportation  **Invoice# 1748** |
| **Patient Name:**<br>Stovall, Bernicea | **Insurance Company:**<br>ELCO |
| **Patient Address:**<br>666 W Bethune St,<br>Detroit, MI 48202 | **Claim #:**<br>12378294 |

| Date | Pick Up | Drop Off / Pick Up | Drop Off | Miles | Pick Up/Drop Off |
|---|---|---|---|---|---|
| 1/16/2019 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 23.4 | 2/2 |
| 1/21/2019 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 23.4 | 2/2 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Miles:** | 46.8 | **Rate Per Mile:** | $ | 4.50 | S0215 | $ 210.60 |
| **# of Pick Up:** | 4 | **Pick Up Charge:** | $ | 40.00 | | $ 160.00 |
| **# of Drop Off:** | 4 | **Drop Off Charge:** | $ | 40.00 | | $ 160.00 |
| | | | | | **TOTAL:** | $ 530.60 |

Please send payment, payable to:

4 TRANSPORT INC
PO BOX 1558
DEARBORN, MI 48121

## 4 TRANSPORT INC

| | |
|---|---|
| Po Box 1558<br>Dearborn, MI 48121<br><br>Tax ID: 81-1983004 | Ph: (313) 888-2333<br>Fax: (313) 908-1190 |

| | |
|---|---|
| Invoice Date:<br>2/22/2019 | Service Provided:<br>Medical Transportation | Invoice# 1914 |
| Patient Name:<br>Stovall, Bernicea | Insurance Company:<br>ELCO |
| Patient Address:<br>666 W Bethune St,<br>Detroit, MI 48202 | Claim #:<br>12378294 |

| Date | Pick Up | Drop Off / Pick Up | Drop Off | Miles | Pick Up/Drop Off |
|---|---|---|---|---|---|
| 1/22/2019 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 23.4 | 2/2 |
| 1/23/2019 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 23.4 | 2/2 |
| 1/29/2019 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 23.4 | 2/2 |
| 1/31/2019 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 23.4 | 2/2 |
| 2/1/2019 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 23.4 | 2/2 |
| 2/1/2019 (2nd location) | 666 W Bethune St, Detroit, MI 48202 | 15565 Northland Dr #304w, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 18.4 | 2/2 |
| 2/4/2019 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 23.4 | 2/2 |
| 2/5/2019 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 23.4 | 2/2 |
| 2/6/2019 | 666 W Bethune St, Detroit, MI 48202 | 23265 Northwestern Hwy #300, Southfield, MI 48075 | 666 W Bethune St, Detroit, MI 48202 | 23.4 | 2/2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Miles: | 205.6 | Rate Per Mile: | $ | 3.50 | S0215 | $ 719.60 |
| # of Pick Up: | 18 | Pick Up Charge: | $ | 35.00 | | $ 630.00 |
| # of Drop Off: | 18 | Drop Off Charge: | $ | 35.00 | | $ 630.00 |
| | | | | | TOTAL: | $ 1,979.60 |

Please send payment, payable to:

4 TRANSPORT INC
PO BOX 1558
DEARBORN, MI 48121

## 4 TRANSPORT INC

| | |
|---|---|
| Po Box 1558<br>Dearborn, MI 48121<br>Tax ID: 81-1983004 | Ph: (313) 888-2333<br>Fax: (313) 908-1190 |

| | |
|---|---|
| **Invoice Date:**<br>2/22/2019<br><br>**Patient Name:**<br>Stovall, Bernicea<br><br>**Patient Address:**<br>666 W Bethune St,<br>Detroit , MI 48202 | **Service Provided:**<br>Medical Transportation<br><br>**Insurance Company:**<br>ELCO<br><br>**Claim #:**<br>12378294 | **Invoice# 1915** |

| Date | Pick Up | Drop Off / Pick Up | Drop Off | Miles | Pick Up/Drop Off |
|---|---|---|---|---|---|
| 2/7/2019 | 666 W Bethune St, Detroit, MI 48202 | 13530 Michigan Ave. Dearborn, MI 48126 | 666 W Bethune St, Detroit, MI 48202 | 13.6 | 2/2 |
| 2/8/2019 | 666 W Bethune St, Detroit, MI 48202 | 13530 Michigan Ave. Dearborn, MI 48126 | 666 W Bethune St, Detroit, MI 48202 | 13.6 | 2/2 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Miles: | 27.2 | Rate Per Mile: $ | 3.50 | S0215 | $ 95.20 |
| # of Pick Up: | 4 | Pick Up Charge: $ | 35.00 | | $ 140.00 |
| # of Drop Off: | 4 | Drop Off Charge: $ | 35.00 | | $ 140.00 |
| | | | | **TOTAL:** | $ 375.20 |

Please send payment, payable to:

4 TRANSPORT INC
PO BOX 1558
DEARBORN, MI 48121

# EXHIBIT F

411 Help LLC
## Patient Ledger
Sorted By: Case Number

B

| Entry | Date | POS | Description | | Case | Procedure | Document | Provider | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 00000489 | Bernicea Stovall | | | | | | | | |
| | Last Payment: | | 0.00 | On: | | | | | |
| 48790 | 10/18/2018 | 11 | | | 491 | 97163 | 1810220000 | EC | 350.00 |
| 48791 | 10/18/2018 | 11 | | | 491 | 97110 | 1810220000 | EC | 150.00 |
| 48792 | 10/18/2018 | 11 | | | 491 | 97535 | 1810220000 | EC | 95.00 |
| 49671 | 10/19/2018 | 11 | | | 491 | 97010 | 1810230000 | EC | 55.00 |
| 49672 | 10/19/2018 | 11 | | | 491 | 97035 | 1810230000 | EC | 85.00 |
| 49673 | 10/19/2018 | 11 | | | 491 | 97110 | 1810230000 | EC | 300.00 |
| 49674 | 10/19/2018 | 11 | | | 491 | 97124 | 1810230000 | EC | 80.00 |
| 51124 | 10/23/2018 | 11 | | | 491 | 97010 | 1810300000 | EC | 55.00 |
| 51125 | 10/23/2018 | 11 | | | 491 | 97035 | 1810300000 | EC | 85.00 |
| 51126 | 10/23/2018 | 11 | | | 491 | 97110 | 1810300000 | EC | 300.00 |
| 51127 | 10/23/2018 | 11 | | | 491 | 97124 | 1810300000 | EC | 80.00 |
| 51128 | 10/25/2018 | 11 | | | 491 | 97010 | 1810300000 | EC | 55.00 |
| 51129 | 10/25/2018 | 11 | | | 491 | 97014 | 1810300000 | EC | 85.00 |
| 51130 | 10/25/2018 | 11 | | | 491 | 97110 | 1810300000 | EC | 300.00 |
| 51131 | 10/26/2018 | 11 | | | 491 | 97010 | 1810300000 | EC | 55.00 |
| 51132 | 10/26/2018 | 11 | | | 491 | 97014 | 1810300000 | EC | 85.00 |
| 51133 | 10/26/2018 | 11 | | | 491 | 97035 | 1810300000 | EC | 85.00 |
| 51134 | 10/26/2018 | 11 | | | 491 | 97110 | 1810300000 | EC | 300.00 |
| 52228 | 11/1/2018 | 11 | | | 491 | 97010 | 1811050000 | EC | 55.00 |
| 52229 | 11/1/2018 | 11 | | | 491 | 97014 | 1811050000 | EC | 85.00 |
| 52230 | 11/1/2018 | 11 | | | 491 | 97035 | 1811050000 | EC | 85.00 |
| 52231 | 11/1/2018 | 11 | | | 491 | 97110 | 1811050000 | EC | 300.00 |
| 52232 | 11/2/2018 | 11 | | | 491 | 97010 | 1811050000 | EC | 55.00 |
| 52233 | 11/2/2018 | 11 | | | 491 | 97014 | 1811050000 | EC | 85.00 |
| 52234 | 11/2/2018 | 11 | | | 491 | 97110 | 1811050000 | EC | 300.00 |
| 52235 | 11/2/2018 | 11 | | | 491 | 97124 | 1811050000 | EC | 80.00 |
| 53934 | 11/5/2018 | 11 | | | 491 | 97010 | 1811120000 | EC | 55.00 |
| 53935 | 11/5/2018 | 11 | | | 491 | 97110 | 1811120000 | EC | 300.00 |
| 53936 | 11/5/2018 | 11 | | | 491 | 97124 | 1811120000 | EC | 80.00 |
| 53937 | 11/5/2018 | 11 | | | 491 | 97014 | 1811120000 | EC | 85.00 |
| 53938 | 11/6/2018 | 11 | | | 491 | 97010 | 1811120000 | EC | 55.00 |
| 53939 | 11/6/2018 | 11 | | | 491 | 97014 | 1811120000 | EC | 85.00 |
| 53940 | 11/6/2018 | 11 | | | 491 | 97035 | 1811120000 | EC | 85.00 |
| 53941 | 11/6/2018 | 11 | | | 491 | 97110 | 1811120000 | EC | 300.00 |
| 53942 | 11/6/2018 | 11 | | | 491 | 97124 | 1811120000 | EC | 80.00 |
| 53943 | 11/7/2018 | 11 | | | 491 | 97010 | 1811120000 | EC | 55.00 |
| 53944 | 11/7/2018 | 11 | | | 491 | 97014 | 1811120000 | EC | 85.00 |
| 53945 | 11/7/2018 | 11 | | | 491 | 97035 | 1811120000 | EC | 85.00 |
| 53946 | 11/7/2018 | 11 | | | 491 | 97110 | 1811120000 | EC | 300.00 |
| 55196 | 11/12/2018 | 11 | | | 491 | 97010 | 1811190000 | EC | 55.00 |
| 55197 | 11/12/2018 | 11 | | | 491 | 97014 | 1811190000 | EC | 85.00 |
| 55198 | 11/12/2018 | 11 | | | 491 | 97035 | 1811190000 | EC | 85.00 |
| 55199 | 11/12/2018 | 11 | | | 491 | 97110 | 1811190000 | EC | 300.00 |
| 55200 | 11/13/2018 | 11 | | | 491 | 97010 | 1811190000 | EC | 55.00 |
| 55201 | 11/13/2018 | 11 | | | 491 | 97014 | 1811190000 | EC | 85.00 |

411 Help LLC
## Patient Ledger
Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|---|---|---|---|---|---|---|---|---|
| 55202 | 11/13/2018 | 11 | | 491 | 97035 | 1811190000 | EC | 85.00 |
| 55203 | 11/13/2018 | 11 | | 491 | 97110 | 1811190000 | EC | 300.00 |
| 55204 | 11/14/2018 | 11 | | 491 | 97010 | 1811190000 | EC | 55.00 |
| 55205 | 11/14/2018 | 11 | | 491 | 97014 | 1811190000 | EC | 85.00 |
| 55206 | 11/14/2018 | 11 | | 491 | 97035 | 1811190000 | EC | 85.00 |
| 55207 | 11/14/2018 | 11 | | 491 | 97110 | 1811190000 | EC | 300.00 |
| 56614 | 11/19/2018 | 11 | | 491 | 97010 | 1811270000 | EC | 55.00 |
| 56615 | 11/19/2018 | 11 | | 491 | 97014 | 1811270000 | EC | 85.00 |
| 56616 | 11/19/2018 | 11 | | 491 | 97035 | 1811270000 | EC | 85.00 |
| 56617 | 11/19/2018 | 11 | | 491 | 97110 | 1811270000 | EC | 300.00 |
| 56618 | 11/20/2018 | 11 | | 491 | 97164 | 1811270000 | EC | 250.00 |
| 56619 | 11/20/2018 | 11 | | 491 | 97010 | 1811270000 | EC | 55.00 |
| 56620 | 11/20/2018 | 11 | | 491 | 97014 | 1811270000 | EC | 85.00 |
| 56621 | 11/20/2018 | 11 | | 491 | 97035 | 1811270000 | EC | 85.00 |
| 56622 | 11/20/2018 | 11 | | 491 | 97110 | 1811270000 | EC | 450.00 |
| 56623 | 11/20/2018 | 11 | | 491 | 97535 | 1811270000 | EC | 95.00 |
| 56624 | 11/21/2018 | 11 | | 491 | 97010 | 1811270000 | EC | 55.00 |
| 56625 | 11/21/2018 | 11 | | 491 | 97014 | 1811270000 | EC | 85.00 |
| 56626 | 11/21/2018 | 11 | | 491 | 97035 | 1811270000 | EC | 85.00 |
| 56627 | 11/21/2018 | 11 | | 491 | 97110 | 1811270000 | EC | 300.00 |
| 57953 | 11/26/2018 | 11 | | 491 | 97010 | 1812040000 | EC | 55.00 |
| 57954 | 11/26/2018 | 11 | | 491 | 97014 | 1812040000 | EC | 85.00 |
| 57955 | 11/26/2018 | 11 | | 491 | 97035 | 1812040000 | EC | 85.00 |
| 57956 | 11/26/2018 | 11 | | 491 | 97110 | 1812040000 | EC | 300.00 |
| 57957 | 11/27/2018 | 11 | | 491 | 97010 | 1812040000 | EC | 55.00 |
| 57958 | 11/27/2018 | 11 | | 491 | 97014 | 1812040000 | EC | 85.00 |
| 57959 | 11/27/2018 | 11 | | 491 | 97035 | 1812040000 | EC | 85.00 |
| 57960 | 11/27/2018 | 11 | | 491 | 97110 | 1812040000 | EC | 300.00 |
| 57961 | 11/28/2018 | 11 | | 491 | 97010 | 1812040000 | EC | 55.00 |
| 57962 | 11/28/2018 | 11 | | 491 | 97014 | 1812040000 | EC | 85.00 |
| 57963 | 11/28/2018 | 11 | | 491 | 97035 | 1812040000 | EC | 85.00 |
| 57964 | 11/28/2018 | 11 | | 491 | 97110 | 1812040000 | EC | 300.00 |
| 59081 | 12/4/2018 | 11 | | 491 | 97010 | 1812100000 | EC | 55.00 |
| 59082 | 12/4/2018 | 11 | | 491 | 97014 | 1812100000 | EC | 85.00 |
| 59083 | 12/4/2018 | 11 | | 491 | 97035 | 1812100000 | EC | 85.00 |
| 59084 | 12/4/2018 | 11 | | 491 | 97110 | 1812100000 | EC | 300.00 |
| 59085 | 12/5/2018 | 11 | | 491 | 97010 | 1812100000 | EC | 55.00 |
| 59086 | 12/5/2018 | 11 | | 491 | 97014 | 1812100000 | EC | 85.00 |
| 59087 | 12/5/2018 | 11 | | 491 | 97035 | 1812100000 | EC | 85.00 |
| 59088 | 12/5/2018 | 11 | | 491 | 97110 | 1812100000 | EC | 300.00 |
| 59089 | 12/6/2018 | 11 | | 491 | 97010 | 1812100000 | EC | 55.00 |
| 59090 | 12/6/2018 | 11 | | 491 | 97010 | 1812100000 | EC | 55.00 |
| 59091 | 12/6/2018 | 11 | | 491 | 97014 | 1812100000 | EC | 85.00 |
| 59092 | 12/6/2018 | 11 | | 491 | 97035 | 1812100000 | EC | 85.00 |
| 59093 | 12/6/2018 | 11 | | 491 | 97110 | 1812100000 | EC | 300.00 |
| 60816 | 12/10/2018 | 11 | | 491 | 97010 | 1812180000 | EC | 55.00 |
| 60817 | 12/10/2018 | 11 | | 491 | 97014 | 1812180000 | EC | 85.00 |

411 Help LLC
## Patient Ledger
Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|---|---|---|---|---|---|---|---|---|
| 60818 | 12/10/2018 | 11 | | 491 | 97035 | 1812180000 | EC | 85.00 |
| 60819 | 12/10/2018 | 11 | | 491 | 97110 | 1812180000 | EC | 300.00 |
| 60820 | 12/11/2018 | 11 | | 491 | 97010 | 1812180000 | EC | 55.00 |
| 60821 | 12/11/2018 | 11 | | 491 | 97014 | 1812180000 | EC | 85.00 |
| 60822 | 12/11/2018 | 11 | | 491 | 97035 | 1812180000 | EC | 85.00 |
| 60823 | 12/11/2018 | 11 | | 491 | 97110 | 1812180000 | EC | 300.00 |
| 60824 | 12/12/2018 | 11 | | 491 | 97010 | 1812180000 | EC | 55.00 |
| 60825 | 12/12/2018 | 11 | | 491 | 97014 | 1812180000 | EC | 85.00 |
| 60826 | 12/12/2018 | 11 | | 491 | 97035 | 1812180000 | EC | 85.00 |
| 60827 | 12/12/2018 | 11 | | 491 | 97110 | 1812180000 | EC | 300.00 |
| 62412 | 12/19/2018 | 11 | | 491 | 97164 | 1812260000 | EC | 250.00 |
| 62413 | 12/19/2018 | 11 | | 491 | 97010 | 1812260000 | EC | 55.00 |
| 62414 | 12/19/2018 | 11 | | 491 | 97014 | 1812260000 | EC | 85.00 |
| 62415 | 12/19/2018 | 11 | | 491 | 97110 | 1812260000 | EC | 300.00 |
| 62416 | 12/19/2018 | 11 | | 491 | 97535 | 1812260000 | EC | 95.00 |
| 62417 | 12/20/2018 | 11 | | 491 | 97010 | 1812260000 | EC | 55.00 |
| 62418 | 12/20/2018 | 11 | | 491 | 97014 | 1812260000 | EC | 85.00 |
| 62419 | 12/20/2018 | 11 | | 491 | 97110 | 1812260000 | EC | 300.00 |
| 62420 | 12/21/2018 | 11 | | 491 | 97010 | 1812260000 | EC | 55.00 |
| 62421 | 12/21/2018 | 11 | | 491 | 97014 | 1812260000 | EC | 85.00 |
| 62422 | 12/21/2018 | 11 | | 491 | 97110 | 1812260000 | EC | 300.00 |
| 63889 | 12/24/2018 | 11 | | 491 | 97010 | 1901020000 | EC | 55.00 |
| 63890 | 12/24/2018 | 11 | | 491 | 97014 | 1901020000 | EC | 85.00 |
| 63891 | 12/24/2018 | 11 | | 491 | 97110 | 1901020000 | EC | 300.00 |
| 63892 | 12/27/2018 | 11 | | 491 | 97010 | 1901020000 | EC | 55.00 |
| 63893 | 12/27/2018 | 11 | | 491 | 97014 | 1901020000 | EC | 85.00 |
| 63894 | 12/27/2018 | 11 | | 491 | 97110 | 1901020000 | EC | 300.00 |
| 65110 | 1/4/2019 | 11 | | 491 | 97010 | 1901080000 | EC | 55.00 |
| 65111 | 1/4/2019 | 11 | | 491 | 97014 | 1901080000 | EC | 85.00 |
| 65112 | 1/4/2019 | 11 | | 491 | 97110 | 1901080000 | EC | 300.00 |
| 66414 | 1/7/2019 | 11 | | 491 | 97010 | 1901150000 | EC | 55.00 |
| 66415 | 1/7/2019 | 11 | | 491 | 97014 | 1901150000 | EC | 85.00 |
| 66416 | 1/7/2019 | 11 | | 491 | 97110 | 1901150000 | EC | 300.00 |
| 66417 | 1/9/2019 | 11 | | 491 | 97010 | 1901150000 | EC | 55.00 |
| 66418 | 1/9/2019 | 11 | | 491 | 97014 | 1901150000 | EC | 85.00 |
| 66419 | 1/9/2019 | 11 | | 491 | 97110 | 1901150000 | EC | 300.00 |
| 66420 | 1/10/2019 | 11 | | 491 | 97010 | 1901150000 | EC | 55.00 |
| 66421 | 1/10/2019 | 11 | | 491 | 97014 | 1901150000 | EC | 85.00 |
| 67282 | 1/14/2019 | 11 | | 491 | 97010 | 1901210000 | EC | 55.00 |
| 67283 | 1/14/2019 | 11 | | 491 | 97014 | 1901210000 | EC | 85.00 |
| 67284 | 1/15/2019 | 11 | | 491 | 97010 | 1901210000 | EC | 110.00 |
| 67285 | 1/15/2019 | 11 | | 491 | 97014 | 1901210000 | EC | 170.00 |
| 67286 | 1/15/2019 | 11 | | 491 | 97110 | 1901210000 | EC | 150.00 |
| 67287 | 1/16/2019 | 11 | | 491 | 97164 | 1901210000 | EC | 250.00 |
| 67288 | 1/16/2019 | 11 | | 491 | 97010 | 1901210000 | EC | 110.00 |
| 67289 | 1/16/2019 | 11 | | 491 | 97014 | 1901210000 | EC | 170.00 |
| 67290 | 1/16/2019 | 11 | | 491 | 97110 | 1901210000 | EC | 150.00 |

Printed on 2/22/2019 3:55:34 PM

411 Help LLC
## Patient Ledger
Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|---|---|---|---|---|---|---|---|---|
| 69391 | 1/21/2019 | 11 | | 491 | 97010 | 1901290000 | EC | 110.00 |
| 69392 | 1/21/2019 | 11 | | 491 | 97014 | 1901290000 | EC | 170.00 |
| 69393 | 1/22/2019 | 11 | | 491 | 97010 | 1901290000 | EC | 110.00 |
| 69394 | 1/22/2019 | 11 | | 491 | 97014 | 1901290000 | EC | 170.00 |
| 69395 | 1/23/2019 | 11 | | 491 | 97010 | 1901290000 | EC | 110.00 |
| 69396 | 1/23/2019 | 11 | | 491 | 97014 | 1901290000 | EC | 170.00 |
| 70686 | 1/29/2019 | 11 | | 491 | 97010 | 1902050000 | EC | 110.00 |
| 70687 | 1/29/2019 | 11 | | 491 | 97014 | 1902050000 | EC | 170.00 |
| 70688 | 1/29/2019 | 11 | | 491 | 97110 | 1902050000 | EC | 150.00 |
| 70689 | 1/31/2019 | 11 | | 491 | 97010 | 1902050000 | EC | 110.00 |
| 70690 | 1/31/2019 | 11 | | 491 | 97014 | 1902050000 | EC | 170.00 |
| 70691 | 1/31/2019 | 11 | | 491 | 97110 | 1902050000 | EC | 150.00 |
| 70699 | 2/1/2019 | 11 | | 491 | 97010 | 1902050000 | EC | 110.00 |
| 70700 | 2/1/2019 | 11 | | 491 | 97014 | 1902050000 | EC | 170.00 |
| 70701 | 2/1/2019 | 11 | | 491 | 97110 | 1902050000 | EC | 150.00 |
| 71631 | 2/4/2019 | 11 | | 491 | 97010 | 1902120000 | EC | 110.00 |
| 71632 | 2/4/2019 | 11 | | 491 | 97014 | 1902120000 | EC | 170.00 |
| 71633 | 2/5/2019 | 11 | | 491 | 97010 | 1902120000 | EC | 110.00 |
| 71634 | 2/5/2019 | 11 | | 491 | 97014 | 1902120000 | EC | 170.00 |
| 71635 | 2/6/2019 | 11 | | 491 | 97010 | 1902120000 | EC | 110.00 |
| 71636 | 2/6/2019 | 11 | | 491 | 97014 | 1902120000 | EC | 170.00 |
| 73558 | 2/14/2019 | 11 | | 491 | 97010 | 1902190000 | EC | 110.00 |
| 73559 | 2/14/2019 | 11 | | 491 | 97014 | 1902190000 | EC | 170.00 |
| 73560 | 2/15/2019 | 11 | | 491 | 97164 | 1902190000 | EC | 250.00 |
| 73561 | 2/15/2019 | 11 | | 491 | 97010 | 1902190000 | EC | 110.00 |
| 73562 | 2/15/2019 | 11 | | 491 | 97014 | 1902190000 | EC | 170.00 |
| 73563 | 2/15/2019 | 11 | | 491 | 97110 | 1902190000 | EC | 150.00 |
| 73564 | 2/15/2019 | 11 | | 491 | 97535 | 1902190000 | EC | 95.00 |

**Patient Total** $23,000.00

4/17/2019

411 Help
23265 NORTHWESTERN HWY UNIT 300
SOUTHFIELD, MI 48075-7707
248-450-3360
Tax Id: 82-1881100
NPI: 1174047286

Patient Name: STOVALL, BERNICEA
Acct #: VXM000110990
Referring providers:
Address:
  666 W BETHUNE APT 308
  DETROIT MI 48202

Printed on: 4/17/2019
For Service Dates from: 2/25/2019 to 4/17/2019
For claims originally billed to

| Date of Serv | Provider | Procedure | Units | Description | Diagnoses | Charges | Pt Pmts | Ins Pmts | Adjust's | Balance | Billed To |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/26/2019 | CARULLA, E | 97035 | 1 | Ultrasound, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 2/26/2019 | CARULLA, E | 97014 | 2 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $170.00 | $0.00 | $0.00 | $0.00 | $170.00 | ELCO |
| 2/28/2019 | CARULLA, E | 97014 | 1 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | ELCO |
| 2/28/2019 | CARULLA, E | 97035 | 1 | Ultrasound, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 2/28/2019 | CARULLA, E | 97110 | 3 | Therapeutic Exercise - q 15 minutes | V89.9XXA, M54.40 | $450.00 | $0.00 | $0.00 | $0.00 | $450.00 | ELCO |
| 3/1/2019 | CARULLA, E | 97014 | 1 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | ELCO |
| 3/1/2019 | CARULLA, E | 97035 | 1 | Ultrasound, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 3/1/2019 | CARULLA, E | 97110 | 2 | Therapeutic Exercise - q 15 minutes | V89.9XXA, M54.40 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | ELCO |
| 3/1/2019 | CARULLA, E | 97140 | 1 | Manual Therapy, Per 15 minutes (MLD) | V89.9XXA, M54.40 | $120.00 | $0.00 | $0.00 | $0.00 | $120.00 | ELCO |
| 3/1/2019 | CARULLA, E | 97530 | 1 | Therapeutic activities, direct (one-on-one) patient contact (use of dynamic activities to improve functional performance, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 3/4/2019 | CARULLA, E | 97110 | 2 | Therapeutic Exercise - q 15 minutes | V89.9XXA, M54.40 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | ELCO |
| 3/4/2019 | CARULLA, E | 97530 | 1 | Therapeutic activities, direct (one-on-one) patient contact (use of dynamic activities to improve functional performance, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 3/4/2019 | CARULLA, E | 97140 | 1 | Manual Therapy, Per 15 minutes (MLD) | V89.9XXA, M54.40 | $120.00 | $0.00 | $0.00 | $0.00 | $120.00 | ELCO |
| 3/4/2019 | CARULLA, E | 97014 | 1 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | ELCO |
| 3/4/2019 | CARULLA, E | 97035 | 1 | Ultrasound, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 3/7/2019 | CARULLA, E | 97035 | 1 | Ultrasound, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 3/7/2019 | CARULLA, E | 97110 | 2 | Therapeutic Exercise - q 15 minutes | V89.9XXA, M54.40 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | ELCO |
| 3/7/2019 | CARULLA, E | 97014 | 1 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | ELCO |
| 3/7/2019 | CARULLA, E | 97010 | 1 | Application of a modality to 1 or more areas, hot and cold packs | V89.9XXA, M54.40 | $55.00 | $0.00 | $0.00 | $0.00 | $55.00 | ELCO |
| 3/7/2019 | CARULLA, E | 97140 | 1 | Manual Therapy, Per 15 minutes (MLD) | V89.9XXA, M54.40 | $120.00 | $0.00 | $0.00 | $0.00 | $120.00 | ELCO |
| 3/8/2019 | CARULLA, E | 97014 | 1 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | ELCO |
| 3/8/2019 | CARULLA, E | 97035 | 1 | Ultrasound, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |

4/17/2019

| Date | Provider | Code | Qty | Description | Dx | Charge | | | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/8/2019 | CARULLA, E | 97010 | 1 | Application of a modality to 1 or more areas, hot and cold packs | V89.9XXA, M54.40 | $55.00 | $0.00 | $0.00 | $0.00 | $55.00 | ELCO |
| 3/8/2019 | CARULLA, E | 97110 | 2 | Therapeutic Exercise - q 15 minutes | V89.9XXA, M54.40 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | ELCO |
| 3/8/2019 | CARULLA, E | 97530 | 1 | Therapeutic activities, direct (one-on-one) patient contact (use of dynamic activities to improve functional performance, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 3/11/2019 | CARULLA, E | 97140 | 1 | Manual Therapy, Per 15 minutes (MLD) | V89.9XXA, M54.40 | $120.00 | $0.00 | $0.00 | $0.00 | $120.00 | ELCO |
| 3/11/2019 | CARULLA, E | 97014 | 1 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | ELCO |
| 3/11/2019 | CARULLA, E | 97035 | 1 | Ultrasound, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 3/11/2019 | CARULLA, E | 97110 | 3 | Therapeutic Exercise - q 15 minutes | V89.9XXA, M54.40 | $450.00 | $0.00 | $0.00 | $0.00 | $450.00 | ELCO |
| 3/14/2019 | CARULLA, E | 97035 | 1 | Ultrasound, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 3/14/2019 | CARULLA, E | 97110 | 2 | Therapeutic Exercise - q 15 minutes | V89.9XXA, M54.40 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | ELCO |
| 3/14/2019 | CARULLA, E | 97140 | 1 | Manual Therapy, Per 15 minutes (MLD) | V89.9XXA, M54.40 | $120.00 | $0.00 | $0.00 | $0.00 | $120.00 | ELCO |
| 3/14/2019 | CARULLA, E | 97014 | 1 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | ELCO |
| 3/15/2019 | CARULLA, E | 97014 | 1 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | ELCO |
| 3/15/2019 | CARULLA, E | 97035 | 1 | Ultrasound, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 3/15/2019 | CARULLA, E | 97110 | 2 | Therapeutic Exercise - q 15 minutes | V89.9XXA, M54.40 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | ELCO |
| 3/18/2019 | CARULLA, E | 97014 | 1 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | ELCO |
| 3/18/2019 | CARULLA, E | 97035 | 1 | Ultrasound, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 3/18/2019 | CARULLA, E | 97110 | 3 | Therapeutic Exercise - q 15 minutes | V89.9XXA, M54.40 | $450.00 | $0.00 | $0.00 | $0.00 | $450.00 | ELCO |
| 3/19/2019 | CARULLA, E | 97014 | 1 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | ELCO |
| 3/19/2019 | CARULLA, E | 97035 | 1 | Ultrasound, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 3/19/2019 | CARULLA, E | 97110 | 3 | Therapeutic Exercise - q 15 minutes | V89.9XXA, M54.40 | $450.00 | $0.00 | $0.00 | $0.00 | $450.00 | ELCO |
| 3/20/2019 | CARULLA, E | 97164 | 1 | Re-evaluation of physical therapy established plan of care (required additional documentation components); typically, 20 min face-to-face with the patient and/or family | V89.9XXA, M54.40 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 | ELCO |
| 3/20/2019 | CARULLA, E | 97014 | 1 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | ELCO |
| 3/20/2019 | CARULLA, E | 97035 | 1 | Ultrasound, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 3/20/2019 | CARULLA, E | 97110 | 3 | Therapeutic Exercise - q 15 minutes | V89.9XXA, M54.40 | $450.00 | $0.00 | $0.00 | $0.00 | $450.00 | ELCO |
| 3/27/2019 | CARULLA, E | 97014 | 1 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | ELCO |
| 3/27/2019 | CARULLA, E | 97110 | 2 | Therapeutic Exercise - q 15 minutes | V89.9XXA, M54.40 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | ELCO |
| 3/28/2019 | CARULLA, E | 97014 | 1 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | ELCO |
| 3/28/2019 | CARULLA, E | 97110 | 2 | Therapeutic Exercise - q 15 minutes | V89.9XXA, M54.40 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | ELCO |
| 3/28/2019 | CARULLA, E | 97140 | 1 | Manual Therapy, Per 15 minutes (MLD) | V89.9XXA, M54.40 | $120.00 | $0.00 | $0.00 | $0.00 | $120.00 | ELCO |
| 3/29/2019 | CARULLA, E | 97014 | 1 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | ELCO |
| 3/29/2019 | CARULLA, E | 97140 | 1 | Manual Therapy, Per 15 minutes (MLD) | V89.9XXA, | $120.00 | $0.00 | $0.00 | $0.00 | $120.00 | ELCO |

4/17/2019

| | E | | | | M54.40 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/29/2019 | CARULLA, E | 97035 | 1 | Ultrasound, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 3/29/2019 | CARULLA, E | 97110 | 2 | Therapeutic Exercise - q 15 minutes | V89.9XXA, M54.40 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | ELCO |
| 4/3/2019 | CARULLA, E | 97014 | 1 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | ELCO |
| 4/3/2019 | CARULLA, E | 97035 | 1 | Ultrasound, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 4/3/2019 | CARULLA, E | 97110 | 3 | Therapeutic Exercise - q 15 minutes | V89.9XXA, M54.40 | $450.00 | $0.00 | $0.00 | $0.00 | $450.00 | ELCO |
| 4/4/2019 | CARULLA, E | 97110 | 3 | Therapeutic Exercise - q 15 minutes | V89.9XXA, M54.40 | $450.00 | $0.00 | $0.00 | $0.00 | $450.00 | ELCO |
| 4/4/2019 | CARULLA, E | 97014 | 1 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | ELCO |
| 4/4/2019 | CARULLA, E | 97035 | 1 | Ultrasound, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 4/5/2019 | CARULLA, E | 97014 | 1 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | ELCO |
| 4/5/2019 | CARULLA, E | 97035 | 1 | Ultrasound, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 4/5/2019 | CARULLA, E | 97110 | 2 | Therapeutic Exercise - q 15 minutes | V89.9XXA, M54.40 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | ELCO |
| 4/11/2019 | CARULLA, E | 97110 | 2 | Therapeutic Exercise - q 15 minutes | V89.9XXA, M54.40 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | ELCO |
| 4/11/2019 | CARULLA, E | 97530 | 1 | Therapeutic activities, direct (one-on-one) patient contact (use of dynamic activities to improve functional performance, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| 4/11/2019 | CARULLA, E | 97014 | 1 | Electrical stimulation (unattended) | V89.9XXA, M54.40 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | ELCO |
| 4/11/2019 | CARULLA, E | 97035 | 1 | Ultrasound, each 15 minutes | V89.9XXA, M54.40 | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | ELCO |
| | | | | | Totals | $11,345.00 | $0.00 | $0.00 | $0.00 | $11,345.00 | |

# EXHIBIT G

Spine & Health PLLC
## Patient Ledger
Sorted By: Case Number

| Entry | Date | POS | Description | | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|---|------|-----------|----------|----------|--------|
| 00000552 | | Bernicea Stovall | | | | | | | |
| | Last Payment: | 0.00 | | On: | | | | | |
| 2392 | 7/17/2018 | | | | 556 | 99204 | 1807230000 | LAB | 600.00 |
| 4295 | 10/18/2018 | | | | 556 | 99214 | 1810240000 | WG | 450.00 |
| 5149 | 11/30/2018 | | | | 556 | 99214 | 1812070000 | WG | 450.00 |
| 5624 | 1/2/2019 | | | | 556 | 99214 | 1901070000 | IO | 450.00 |
| 6359 | 2/1/2019 | | | | 556 | 99214 | 1902110000 | IO | 450.00 |
| | | | | | | | | Patient Total | $2,400.00 |

# EXHIBIT H

New Horizon Chiropractic PLLC
## Patient Ledger
Sorted By: Case Number

| Entry | Date | POS Description | Case | Procedure | Document | Provider | Amount |
|---|---|---|---|---|---|---|---|
| 00000015 | | Bernicea Stovall | (313)573-9789 | | | | |
| | | Last Payment: 0.00 | On: | | | | |
| 396 | 7/13/2018 | | 16 | 99203 | 1808140000 | KG | 150.00 |
| 397 | 7/13/2018 | | 16 | 97012 | 1808140000 | KG | 55.00 |
| 398 | 7/13/2018 | | 16 | 97010 | 1808140000 | KG | 45.00 |
| 402 | 8/1/2018 | | 16 | 98941 | 1808140000 | YX | 75.00 |
| 403 | 8/1/2018 | | 16 | 97012 | 1808140000 | YX | 55.00 |
| 404 | 8/1/2018 | | 16 | 97010 | 1808140000 | YX | 45.00 |
| 910 | 8/21/2018 | | 16 | 98941 | 1808270000 | YX | 75.00 |
| 911 | 8/21/2018 | | 16 | 97012 | 1808270000 | YX | 55.00 |
| 912 | 8/21/2018 | | 16 | 97010 | 1808270000 | YX | 45.00 |
| 913 | 8/22/2018 | | 16 | 98941 | 1808270000 | YX | 75.00 |
| 914 | 8/22/2018 | | 16 | 97012 | 1808270000 | YX | 55.00 |
| 915 | 8/22/2018 | | 16 | 97010 | 1808270000 | YX | 45.00 |
| 916 | 8/23/2018 | | 16 | 98941 | 1808270000 | YX | 75.00 |
| 917 | 8/23/2018 | | 16 | 97012 | 1808270000 | YX | 55.00 |
| 918 | 8/23/2018 | | 16 | 97010 | 1808270000 | YX | 45.00 |
| 1059 | 8/28/2018 | | 16 | 98941 | 1809040000 | YX | 75.00 |
| 1060 | 8/28/2018 | | 16 | 97012 | 1809040000 | YX | 55.00 |
| 1061 | 8/28/2018 | | 16 | 97010 | 1809040000 | YX | 45.00 |
| 1062 | 8/29/2018 | | 16 | 98941 | 1809040000 | YX | 75.00 |
| 1063 | 8/29/2018 | | 16 | 97012 | 1809040000 | YX | 55.00 |
| 1064 | 8/29/2018 | | 16 | 97010 | 1809040000 | YX | 45.00 |
| 1247 | 9/4/2018 | | 16 | 99213 | 1809100000 | YX | 70.00 |
| 1248 | 9/4/2018 | | 16 | 98941 | 1809100000 | YX | 75.00 |
| 1249 | 9/4/2018 | | 16 | 97012 | 1809100000 | YX | 55.00 |
| 1250 | 9/4/2018 | | 16 | 97010 | 1809100000 | YX | 45.00 |
| 2154 | 10/1/2018 | | 16 | 99211 | 1810080000 | KG | 100.00 |
| 2155 | 10/1/2018 | | 16 | 98941 | 1810080000 | KG | 85.00 |
| 2156 | 10/1/2018 | | 16 | 97010 | 1810080000 | KG | 40.00 |
| 2157 | 10/1/2018 | | 16 | 97012 | 1810080000 | KG | 75.00 |
| 2158 | 10/2/2018 | | 16 | 98941 | 1810080000 | YX | 85.00 |
| 2159 | 10/2/2018 | | 16 | 97010 | 1810080000 | YX | 40.00 |
| 2160 | 10/2/2018 | | 16 | 97012 | 1810080000 | YX | 75.00 |
| 2161 | 10/5/2018 | | 16 | 98941 | 1810080000 | YX | 85.00 |
| 2162 | 10/5/2018 | | 16 | 97010 | 1810080000 | YX | 40.00 |
| 2163 | 10/5/2018 | | 16 | 97012 | 1810080000 | YX | 75.00 |
| 2493 | 10/18/2018 | | 16 | 98941 | 1810220000 | YX | 85.00 |
| 2494 | 10/18/2018 | | 16 | 97010 | 1810220000 | YX | 40.00 |
| 2495 | 10/18/2018 | | 16 | 97012 | 1810220000 | YX | 75.00 |

Patient Total | $2,445.00